COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-14-00335-CR |
| Style: | Damion Gentry v. The State of Texas |
| Date motion filed[*]: | August 18, 2014 |
| Type of motion: | Motion for Extension of Time to File Reporter's Record |
| Party filing motion: | Court reporter |
| Document to be filed: | Reporter's Record |

Is appeal accelerated?        No

If motion to extend time:

Original due date:        June 16, 2014

Number of extensions granted:        2        Current Due date:  August 16, 2014

Date Requested:        September 16, 2014

Ordered that motion is:

☑ Granted

      If document is to be filed, document due:  September 16, 2014

      ☑     No further extensions of time will be granted absent extraordinary circumstances.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

**On June 17, 2014, the Clerk of this Court granted the reporter's motion for extension of time to file the record due to the appeal being about 3,000 pages.  The reporter did not timely file the record by July 16, 2014 or request an extension, which likely would have been granted until August 16, 2014.  Accordingly, the reporter's motion, construed as her third motion for extension of time, is granted, but no further extensions will be granted absent extraordinary circumstances.**

Judge's signature: /s/ Laura C. Higley
              ☒ Acting individually        ☐ Acting for the Court
Panel consists of _____
Date:  August 21, 2014

November 7, 2008 Revision